UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| ANGEL AVILA and AMMSY AVILA, <br><br> Plaintiffs, <br><br> v. <br><br> Abatement Professionals, et al. <br><br> Defendants. | Docket No.: 07-cv-00060 <br><br> **NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the attached Declaration of John M. Flannery declared on June 13, 2014, Defendant's Rule 56.1 Statement and the accompanying memorandum in support, the undersigned will move before the Honorable Judge Alvin K. Hellerstein of the United States District Court for the Southern District of New York, at the United States District Courthouse located at 500 Pearl Street, New York, New York 10007, at a time and place to be scheduled by this Court, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rule 56.1, granting Defendant's Motion for Summary Judgment against Plaintiffs, ANGEL AVILA and AMMSY AVILA.

Dated: White Plains, New York
      June 13, 2014

                                                Respectfully submitted,

                                                John M. Flannery
                                                Allyson Avila
                                                Mathew T. Dudley
                                                WILSON ELSER MOSKOWITZ EDELMAN
                                                & DICKER LLP
                                                150 East 42nd Street
                                                New York, New York 10017
                                                Telephone:   (212) 490-3000
                                                Facsimile:   (212) 490-3038
                                                John.Flannery@wilsonelser.com
                                                Allyson.Avila@wilsonelser.com
                                                Mathew.Dudley@wilsonelser.com
                                                *Attorneys for Battery Park City Authority;*
                                                *Member of Defense Liaison Counsel*