Exhibit 16



**Hygienetics Environmental**
Hygienetics Environmental Services, Inc.

1 West 34th Street
7th Floor
New York, NY 10001

Phone: (212) 244-3443
Fax: (212) 244-8505

RECEIVED
OCT 09 2001

October 4, 2001

Mr. Troy G. Baydala
AMG Realty Partners, LP
170 Broadway-Suite 1506
New York, NY 10038

via Fax & Mail
(212) 732-2719

Re: **Asbestos Consulting Costs**
    **170 Broadway, New York, NY**

Dear Mr. Baydala:

At your request, Hygienetics Environmental Service, Inc (Hygienetics) is providing you with a breakdown of our costs as of October 4, 2001 for our consulting services already provided at the above referenced location.

**Phase I:** Initial visual inspection, PLM bulk sampling, & PCM ambient air sampling performed on 9/17/01. No cost estimate was requested prior to performing this phase of work. Hygienetics actual cost incurred for this phase of work was $1,136.00.

**Phase II:** DEP Correspondence, Recommendations, & Monitoring of Clean-Up Activities by Pinnacle Environmental Corp. (including PCM & TEM ambient air sampling) performed 9/18/01-9/26/01. Hygienetics provided a cost estimate of $10,950.00 for this phase (refer to cost estimate dated 9/18/01), which was based on a three (3) day schedule to complete the clean up. A contract was issued on 9/19/01 by Jones Lang LaSalle Management, based on this cost estimate. The actual clean-up took place over a period of eight (8) days, with Hygienetics incurring a total cost of $14,945.17 for this phase of work.

**Phase III:** PCM & TEM ambient air sampling for Suite 1506 performed on 10/2/01. Hygienetics will provide AMG Realty Partners, LP with a formal proposal to perform these services in the future as deemed necessary. During the initial testing performed on 10/2/01, Hygienetics actual cost incurred was $1,265.00.

| | |
|---|---|
| Phase I | $ 1,136.00 |
| Phase II | $14,945.17 |
| Phase III | $ 1,265.00 |
| **TOTAL** | **$17,346.17** |
| (As of 10/4/01) | |

A further breakdown of the costs listed above can be forwarded at your request. A complete breakdown of the costs for each phase will be listed on our invoices for the project.

Hygienetics has been and will continue to apply our current labor and analytical rates utilized on all projects associated with Jones Lang LaSalle Management managed properties. Those rates are as follows:

## Labor Rates

| | |
|---|---|
| Project Manager | $60/hour |
| Environmental Consultant | $45/hour |

## Analytical Rates

| | |
|---|---|
| PCM Air Samples | $10/each |
| TEM Air Samples | $75/each |
| PLM Bulk Samples | $15/each |
| TEM Bulk Samples | $75/each |

If you need further information please do not hesitate to contact me at (212) 244-3443.

Sincerely,
HYGIENETICS ENVIRONMENTAL SERVICES, INC.

Lance Gangemi
Regional Director

cc:   Peggy Nash (Jones Lang LaSalle)   via fax only (212-983-9563)

2060.033/040

g:\regional\lance\letters\170bwy02.doc



**Hygienetics Environmental**
Hygienetics Environmental Services, Inc.

Corporate Headquarters • 180 Portland Street • Boston, MA 02114
(617) 723-4664 • Fax: (617) 367-1386

Federal Identificaton Number 13-3992505

# Invoice

October 9, 2001
Project No: 002060.033
Invoice 0020191

AMG Realty Partners, LP
170 Broadway, Suite 1506
New York, NY 10038
Attn: Troy G. Baydala

Project: 002060.033   AMG Realty Partners, LP
Phase I: Initial Visual Inspection, Bulk Sampling, and PCM Air Monitoring - 170 Broadway, NY
Phase II: Work Procedures, Monitoring of Clean-up Activities (Including PCM Air Sampling) – 170 Broadway, NY

**Professional services from September 17, 2001 to September 30, 2001**

**Professional Personnel**

|  | Hours | Rate | Amount |
|---|---|---|---|
| Consultant | 208.00 | 45.00 | 9,360.00 |
| Project Manager | 54.50 | 60.00 | 3,270.00 |
| Totals | 262.50 |  | 12,630.00 |

Total Labor        12,630.00

**Reimbursable Expenses**

| Ground Transportation (Equipment Delivery) | 58.20 |
| PCM Air Samples | 3,290.00 |
| Asbestos Bulk Samples | 165.00 |
| TEM Air Samples | 150.00 |
| Total Reimbursable | 3,663.20 |

Total Reimbursable        3,663.20

RECEIVED OCT 15 2001

Total this invoice    **$16,293.20**

*Please make check payable to Hygienetics and remit with copy of this Invoice to above Boston address. Terms are net due 30 days or subject to interest at 1.5% per month on unpaid balance.*



**Hygienetics Environmental**
Hygienetics Environmental Services, Inc.

Corporate Headquarters • 180 Portland Street • Boston, MA 02114
(617) 723-4664 • Fax: (617) 367-1396

Federal Identification Number 13-3992505

## Invoice

December 12, 2001
Project No: 002060.040
Invoice 0021308

AMG Realty Partners, LP
170 Broadway, Suite 11506
New York, NY 10038
Attn: Mr. Troy Baydala

Project: 002060.040     AMG Realty Partners, L.P.
Ambient Air Sampling in Suite 1506 -170 Broadway, New York, NY, AMG Realty Partner Tenant Space
**Professional services from October 1, 2001 to October 21, 2001**

Fee
    Total Base Fee (Labor and PCM Analysis)            900.00
    TEM Samples Reanalysis (5 Samples @ $75/sample)     375.00

                                                               Total this invoice     $1,275.00

35

Please make check payable to Hygienetics and remit with copy of this Invoice to above Boston address. Terms are net due 30 days or subject to interest at 1.5% per month on unpaid balance.