Exhibit 17

# PINNACLE

PINNACLE ENVIRONMENTAL CORP.

64-54 MAURICE AVENUE, MASPETH, NY 11378
PHONE: 718-3979292 FAX 718-397-1472



Mr. Lance Carlile,
AMG Realty Partners,
C/O Jones Lang LaSalle Americas, Inc.,
170 Broadway, Suite 412,
New York, NY 10038





170 Broadway.

1858
10/5/01
AMGREA
1897
RR
T & M



Net 5 Days

### SCOPE OF WORK

Request payment for Environmental Clean-Up services.

Emergency clean up of entire building due to dust from the WTC disaster.

Work completed thru September 23, 2001 as per the attached time and material voucher at:

170 Broadway,
New York, NY.

Please complete, sign & return the attached Certificate of Capital Improvement
or add 8.25% Sales Tax to remittance.

Amount due this invoice

$ 171,416.42

**PINNACLE ENV. CORP.  TIME AND MATERIAL VOUCHER.   64-54 MAURICE AVE. MASPETH, NY 11378**

| BILL TO: | AMG Realty Partners | | | PHONE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | C/O Jones Lang LaSalle Americas Inc | | | FAX | | | | | | | |
| | 170 Broadway, Suite 412 | | | | | | | | | | |
| | New York, NY 10038 | | | | | | | | | | |
| | ATT: Lance Carlile | | | | | | | | | | |
| CUSTOMER P/O # | Contract Attached | | | JOB# | 1897 | | | | | | |

| DATE(S) OF JOB | | |
|---|---|---|
| PINNACLE JOB # | 1897 | |
| JOB LOCATION | 170 Broadway | |
| GENERAL CONTRACTOR | Pinnacle Environmental Corp | |
| PRO. MANAGER | Richie Doran | |
| FOREMAN | Billy Cook | |

| JOB DESCRIPTION | |
|---|---|
| Emergency Clean-up of Entire Building | |

| LABOR: | | | STRAIGHT TIME | | OVER TIME | | PREMIUM TIME | | | EXTENDED | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | | # OF MEN | HOURS | RATE | HOURS | RATE | HOURS | RATE | | | |
| PROJ. MNG | | | 50 | $ 55.00 | 32 | $ 70.00 | 8.0 | $ 70.00 | $ | 5,550.00 | |
| SUPER/FORMAN | | 3 | 78 | $ 50.00 | 63.5 | $ 65.00 | 19.5 | $ 65.00 | $ | 9,295.00 | |
| LABORERS | | 84 | 941.5 | $ 42.00 | 817 | $ 55.00 | 207.0 | $ 68.00 | $ | 98,554.00 | |
| | | | | | | | | SUB TOTAL | $ | 113,399.00 | |

| | | | | MAN DAYS | COST PER 8 HOUR MAN DAY | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| RESPIRATOR ALLOWANCE | | | | | | | | | $ | 2,640.00 |
| | | | TYPE A | 220 | $ 12.00 | | | | $ | - |
| | | | TYPE B | - | $ 30.00 | | | | | |
| | | | | | | | | SUB TOTAL | $ | 2,640.00 |

| MOBILIZATION | | | | | | | $ 1,800.00 | $ | 1,800.00 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | SUB TOTAL | $ | 1,800.00 |

| MATERIALS QUANTITY | MATERIAL DESCRIPTION | | PRICE PER UNIT | | | EXTENDED | |
|---|---|---|---|---|---|---|---|
| 25 | 6 MIL DISPOSAL BAGS 33" X 50" | | $ 30.00 | CASE | | $ | 750.00 |
| 8 | FLAME RETARD 6 MIL POLY SHEET | | $ 65.00 | ROLL | | $ | 520.00 |
| 20 | STANDARD FULL SUIT (TYVIEKS) | | $ 95.00 | CASE | | $ | 1,900.00 |
| 2 | DISPOSABLE LATEX / YELLOW BOOTS | | $ 107.50 | CASE | | $ | 215.00 |
| 200 | DISPOSABLE LATEX GLOVES | | $ 0.40 | PAIR | | $ | 80.00 |
| 25 | REINF BATH TOWELS/3 PLY | | $ 20.00 | CASE | | $ | 500.00 |
| 10 | PRIMARY FILTERS / NEGATIVE AIR | | $ 25.00 | CASE | | $ | 250.00 |
| 5 | SECONDARY FILTERS / NEGATIVE AIR | | $ 25.00 | CASE | | $ | 125.00 |
| 25 | HEPA VACUUM FILTERS | | $ 12.00 | EACH | | $ | 300.00 |
| 25 | HEPA VACUUM BAGS | | $ 225.00 | CASE | | $ | 5,625.00 |
| 1 | 5 MICRON SHOWER FILTER | | $ 19.00 | CASE | | $ | 19.00 |
| 1 | ASBESTOS HAZARD TAPES | | $ 12.00 | ROLL | | $ | 12.00 |
| 14 | DUCT TAPE 2" X 60YD | | $ 65.00 | CASE | | $ | 910.00 |
| 2 | WETTING AGENT - UNDILUTED | | $ 40.00 | 5 GAL | | $ | 80.00 |
| | ENCAPSULANT | | $ 35.00 | GAL | | $ | - |
| | FLEX DUCTS | | $ 30.00 | EACH | | $ | - |
| 8 | SQUEEGEES | | $ 10.00 | EACH | | $ | 80.00 |
| 80 | WINDOW CLEANER ( LIQUID) | | $ 4.50 | GALLON | | $ | 360.00 |
| | GARDEN HOSE : 50' LENGTHS | | $ 25.00 | EACH | | $ | - |
| | EXTENSION CORDS, 50' LENGTHS | LENGTHS | $ 15.75 | EACH | | $ | - |
| | SHOVELS | | $ 19.95 | EACH | | $ | - |
| | 6 MIL GLOVE BAGS | | $ 150.00 | CASE | | $ | - |
| 2 | SPRAY GLUE | | $ 22.00 | CASE | | $ | 44.00 |
| | SPRAY FOAM | | $ 100.00 | CASE | | $ | - |
| | COTTON BAGS 50 LB | | $ 20.00 | BOX | | $ | - |
| | WIRE BRUSH ( 4 ROW) | | $ 0.95 | EACH | | $ | - |
| | BROOMS - 24" WITH HANDLE | | $ 9.00 | EACH | | $ | - |
| 40 | DISPOSABLE KNIVES | | $ 1.90 | EACH | | $ | 76.00 |
| | 55 GALLON STEEL DRUMS | | $ 23.00 | EACH | | $ | - |
| 25 | WARNING SIGNS : ASBESTOS DANGER | | $ 0.15 | EACH | | $ | 3.75 |
| 15 | DISPOSABLE BRIEFS | | $ 25.00 | CASE | | $ | 375.00 |
| 10 | POT BRUSHES | | $ 30.00 | CASE | | $ | 300.00 |
| 12 | TOILET BRUSHES | | $ 12.00 | CASE | | $ | 144.00 |
| 30 | CASES OF RAGS | | $ 14.00 | EACH | | $ | 420.00 |
| | 2 x 4 | | $ 9.00 | 8FT LT. | | $ | - |

**PINNACLE ENV. CORP.   TIME AND MATERIAL VOUCHER.   64-54 MAURICE AVE. MASPETH, NY 11378**

| | | | | | | | $ | - |
|---|---|---|---|---|---|---|---|---|
| | PLYWOOD | | $ | 14.00 | SHEET | | $ | - |
| | RAIN GEAR | | $ | 14.00 | EACH | | $ | - |
| | MISC SMALL TOOLS | | | | | | $ | - |
| | | | | | | | $ | - |
| | | | | | | | $ | - |
| | | | | | | | $ | - |
| | | | | | | | $ | - |
| | | | | | | | $ | - |
| | | | | | | | $ | - |
| | | | | | | | $ | - |
| | | | | | | | $ | - |
| | | | | | | | $ | - |
| | | | | | | | $ | - |
| | | | | | | | $ | - |
| | | | | | | SUB TOTAL | $ | 13,088.75 |

| MISCELLANEOUS MATERIAL AND EQUIPMENT | | | | | | | EXTENDED | |
|---|---|---|---|---|---|---|---|---|
| QUANTITY | MATERIAL DESCRIPTION | | PRICE PER UNIT | | | | $ | - |
| | | | | | | | $ | - |
| | | | | | | | $ | - |
| | | | | | | | $ | - |
| | | | | | | SUB TOTAL | $ | - |

| QUANTITY | EQUIPMENT DESCRIPTION | DAYS | PRICE | | | | EXTENDED | |
|---|---|---|---|---|---|---|---|---|
| | NEGATIVE AIR UNIT 2000 CFM | 5 | $ | 25.00 | DAY | | $ | - |
| 18 | HEPA VACUUMS/WET/DRY 5-55 GLN | 6 | $ | 25.00 | DAY | | $ | 2,700.00 |
| | ELECTRIC GENERATOR 5000-8000W | | $ | 80.00 | DAY | | $ | - |
| | ELECTRIC GENERATOR 9000-15000W | | $ | 150.00 | DAY | | $ | - |
| | ELECTRIC GENERATOR 16000-25000W | | $ | 240.00 | DAY | | $ | - |
| | STEAM POWER WASHER/ TRAILER UNIT | | $ | 300.00 | DAY | | $ | - |
| | POWER WASHER | 3 | $ | 40.00 | DAY | | $ | 240.00 |
| 2 | DISPOSABLE DECON | | $ | 500.00 | EACH | | $ | 500.00 |
| 1 | AIR LESS SPRAYERS | 5 | $ | 25.00 | DAY | | $ | 500.00 |
| 4 | VANS/TRUCK | | $ | 125.00 | DAY | | $ | - |
| 4 | | | | | | SUB TOTAL | $ | 3,940.00 |
| | | | | | | | | |
| | ASBESTOS WASTE DISPOSAL | | $ | 45.00 | $ 30.00 | C/Y | $ | 1,350.00 |
| | | | | | | SUB TOTAL | $ | 1,350.00 |

| SUB CONTRACTORS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | SUB TOTAL | $ | - |

| SUMMARY | | | | |
|---|---|---|---|---|
| | TOTAL LABOR | | $ | 113,399.00 |
| | TOTAL RESPIRATOR ALLOWANCE | | $ | 2,640.00 |
| | TOTAL MOBILIZATION | | $ | 1,800.00 |
| | TOTAL MATERIALS | | $ | 13,088.75 |
| | TOTAL MISCELLANEOUS | | $ | - |
| | TOTAL EQUIPMENT | | $ | 3,940.00 |
| | TOTAL WASTE DISPOSAL | | $ | 1,350.00 |
| | TOTAL SUB CONTRACTORS | | | |
| | | SUB TOTAL TOTALS | $ | 136,217.75 |
| | TOTAL BEFORE MARK UPS | | $ | 13,621.78 |
| | 10 % OVER HEAD | | $ | 149,839.53 |
| | | | $ | 14,983.95 |
| | 10% PROFIT | | $ | 164,823.48 |
| | | | $ | 6,592.94 |
| | 4% INSURANCE | | | |
| | | | $ | 171,416.42 |
| | GRAND TOTAL | | | |